Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Alan M. Kindred (CA State Bar ID No. 135145)
Leech Tishman Nelson Hardiman, Inc.
1100 Glendon Avenue
14th Floor
Los Angeles, CA 90024
akindred@leechtishman.com

☐ *Individual appearing without attorney*
☒ *Attorney for Debtor*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

In re:

D & N BEAUTY SCHOOLS, INC.
d/b/a MODERN BEAUTY ACADEMY,

Debtor(s)

CASE NO.: 9:26-bk-11252 (RAC)

CHAPTER: 7

# SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? X Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B ☐ Schedule C ☐ Schedule D Schedule E/F ☐ Schedule G
☐ Schedule H ☐ Schedule I ☐ Schedule J ☐ Schedule J-2 ☒ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers ☐ Statement of Intention Master Mailing List
☒ Other (*specify*) Summary of Assets and Liabilities

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 09/25/2026

Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

**Fill in this information to identify the case:**

Debtor name D & N Beauty Schools, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) 26-11252

[X] Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.... $ 44,811.33

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.... $ 44,811.33

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.... $ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.... $ 36,155.05

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.... **+**$ 66,781.32

4. **Total liabilities** ....
   Lines 2 + 3a + 3b $ 102,936.37



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name D & N Beauty Schools, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) 26-11252

☒ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 8788 | $86.27 |
| 3.2. | Bank of America | Checking | 5652 | $100.08 |
| 3.3. | US Bank | Other financial account | 5783 | $27,779.98 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$27,966.33**

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor D & N Beauty School, Inc. Case number *(If known)* 26-11252
Name

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: 0.00 (face amount) - 0.00 (doubtful or uncollectible accounts) = .... Unknown

12. **Total of Part 3.** $0.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| Beauty Supplies | | | | |
| Subject to Valuation | | Unknown | | $2,210.00 |

23. **Total of Part 5.** $2,210.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor D & N Beauty School, Inc. Case number (If known) 26-11252
Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | 26 Barber Chairs<br>Subject to Valuation | Unknown | | $5,200.00 |
| | 25 Barber/Cosmetology Stations | Unknown | | $2,500.00 |
| | 9 Manicuring Stations<br>Subject to Valuation | Unknown | | $1,350.00 |
| | 2 Massage Tables<br>Subject to Valuation | Unknown | | $400.00 |
| | Washing Machine and Dryer<br>Subject to Valuation | Unknown | | $1,000.00 |
| | Desks and Chairs<br>Subject to Valuation | Unknown | | $1,225.00 |
| | Tables<br>Subject to Valuation | Unknown | | $675.00 |
| | Classroom chairs<br>Subject to Valuation | Unknown | | $640.00 |
| | Patio Chairs<br>Subject to Valuation | Unknown | | $70.00 |
| | Full Size and Compact Refrigerator<br>Subject to Valuation | Unknown | | $300.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor D & N Beauty School, Inc. Case number *(If known)* 26-11252
Name

Coffee Makers

| | | | |
|---|---|---|---|
| Subject to Valuation | Unknown | | $25.00 |

Kegerator

| | | | |
|---|---|---|---|
| Subject to Valuation | Unknown | | $50.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
Televisions, Computers, Telephones, Printer

| | | | |
|---|---|---|---|
| Subject to Valuation | Unknown | | $1,200.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $14,635.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. 699 South C. Street Oxnard, CA 93030 | Lessee | $0.00 | | Unknown |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor D & N Beauty School, Inc.
Name

Case number *(If known)* 26-11252

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor D & N Beauty School, Inc. Case number *(If known)* 26-11252
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,966.33 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $2,210.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,635.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $44,811.33 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $44,811.33 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name D & N Beauty Schools, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) 26-11252

☒ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | $271,599.00 |
| For prior year: From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $895,057.00 |
| For year before that: From 12/01/2024 to 11/30/2025 | ☒ Operating a business<br>☐ Other | $997,395.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Modern Beauty Academy LLC<br>1422 Mariposa Drive<br>Santa Paula, CA 93060<br>LLC 100% owned by Kalven Harrison | See Attached | $211,595.35 | Payments Unrelated to Business; Federal Reimbursements Meant for Debtor |
| 4.2. | Oh Wealthy One Gospel Hour<br>1422 Mariposa Drive<br>Santa Paula, CA 93060<br>Director has an interest in entity. | 3/24/25;<br>3/24/25;<br>4/1/25 | $15,000.00 | Consultations Unrelated to Business |
| 4.3. | Kalven C. Harrison<br>1422 Mariposa Drive<br>Santa Paula, CA 93060<br>Director | 4/16/2025;<br>6/9/2025;<br>8/4/2025;<br>9/3/2025;<br>11/1/2025;<br>2/24/20256;<br>2/24/2026 | $21,345.00 | Payments Unrelated to Business |
| 4.4. | K. Harrison Enterprises<br>1422 Mariposa Drive<br>Santa Paula, CA 93060<br>Entity owned by Kalven Harrison | 11/20/25;<br>12/1/25;<br>12/9/25;<br>1/23/26;<br>5/12/25 | $15,900.00 | Payments Unrelated to Business |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Angelica Castillo-Garcia<br>4831 Refsing Place<br>Oxnard, CA 93033 | Payments Unrelated to Business | 9/25/25;<br>9/30/25;<br>12/11/25 | $14,700.00 |
| | **Relationship to debtor** | | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | Get Fit 3 LP<br>1422 Mariposa Drive<br>Oxnard, CA 93060 | Payments Unrelated to Business | 5/12/25; 8/4/25 | $8,655.00 |
| | **Relationship to debtor** | | | |

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Addresses, phone numbers, and emails.

Does the debtor have a privacy policy about that information?
☒ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various Students | 699 South C Street<br>Oxnard, CA 93030 | Personal belongings of various students | Unknown |

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | SoCal Executive LLC<br>PO Box 92359<br>Pasadena, CA 91109 | |
| 26a.2. | R Gonzalez Management Inc.<br>3560 S La Cienega Blvd<br>Suite G<br>Los Angeles, CA 90016 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Lightheart Sanders<br>140 Fountains Blvd., Suite D<br>Madison, MS 39110 | 2025 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kalven C. Harrison | 699 S. C Street<br>Oxnard, CA 93030 | Manager | 0 |
| Angelica Castillo-Garcia | 4831 Refsing Place<br>Oxnard, CA 93033 | Director | 0 |
| Ana K. Magan | 710 W. Harvard Blvd., #42<br>Santa Paula, CA 93060 | Financial Aid Officer | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Linda Davis | | President | Through November 2025 |
| Linda Davis Revocable Trust | | Sole Shareholder | December 2025 to Present |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Lease Payments | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/25/2026

Signature of individual signing on behalf of the debtor

Michael Hooper
Printed name

Position or relationship to debtor Trustee, Linda Davis Revocable Trust

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

SoFA Q4 Attachment (Payments to Modern Beauty Academy LLC)

| Transaction date | Transaction type | Name | Description | Account Name | Item split account | Amount |
|---|---|---|---|---|---|---|
| 12/05/2025 | Deposit | RG Pools and Spa | Deposit (Force Re-Open) - tuition | Due To/From D&N Beauty Schools Inc | Checking | 1,000.00 |
| 12/16/2025 | Deposit | D&N Beauty Schools Inc | Deposit - ck11368 | Due To/From D&N Beauty Schools Inc | Checking | 33,301.00 |
| 01/06/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 25.00 |
| 01/07/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 69.00 |
| 01/08/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 10.00 |
| 01/09/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 35.00 |
| 01/09/2026 | Deposit | D&N Beauty Schools Inc | Deposit - cash deposits | Due To/From D&N Beauty Schools Inc | Checking | 497.00 |
| 01/12/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 12.00 |
| 01/12/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 57.00 |
| 01/13/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 41.00 |
| 01/13/2026 | Deposit | D&N Beauty Schools Inc | Deposit | Due To/From D&N Beauty Schools Inc | Checking | 134.00 |
| 01/14/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 50.00 |
| 01/15/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 60.00 |
| 01/16/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 1,049.00 |
| 01/16/2026 | Deposit | | Student Tuition | Due To/From D&N Beauty Schools Inc | Checking | 2,000.00 |
| 01/20/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 30.00 |
| 01/21/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 14.00 |
| 01/21/2026 | Deposit | D&N Beauty Schools Inc | cash deposits from daily reports | Due To/From D&N Beauty Schools Inc | Checking | 172.00 |
| 01/22/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 25.00 |
| 01/27/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 2,010.00 |
| 01/28/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 400.00 |
| 01/29/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 170.00 |
| 01/30/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 75.00 |
| 02/02/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 62.00 |
| 02/04/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 42.00 |
| 02/05/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 80.00 |
| 02/05/2026 | Deposit | D&N Beauty Schools Inc | | Due To/From D&N Beauty Schools Inc | Checking | 4,000.00 |
| 02/06/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 10.00 |
| 02/09/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 70.00 |
| 02/10/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 110.00 |
| 02/11/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 35.00 |
| 02/12/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 45.00 |
| 02/13/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 345.00 |
| 02/17/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 67.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/19/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 7.00 |
| 02/20/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 425.00 |
| 02/23/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 47.00 |
| 02/24/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 50.00 |
| 02/25/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 10.00 |
| 02/26/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 100.00 |
| 02/27/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 50.00 |
| 03/02/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 105.00 |
| 03/03/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 159.00 |
| 03/04/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 142.00 |
| 03/05/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 45.00 |
| 03/06/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 42.00 |
| 03/09/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 585.00 |
| 03/10/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 90.00 |
| 03/11/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 80.00 |
| 03/12/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 30.00 |
| 03/13/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 250.00 |
| 03/16/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 92.00 |
| 03/17/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 92.00 |
| 03/18/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 99.00 |
| 03/19/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 20.00 |
| 03/19/2026 | Deposit | State of California | Fiscal Consolidate Pmt | Due To/From D&N Beauty Schools Inc | Checking | 616.63 |
| 03/19/2026 | Deposit | State of California | Fiscal Consolidated Pmt | Due To/From D&N Beauty Schools Inc | Checking | 453.00 |
| 03/19/2026 | Deposit | State of California | Fiscal Consolidated Pmt | Due To/From D&N Beauty Schools Inc | Checking | 810.00 |
| 03/19/2026 | Deposit | State of California | Fiscal Consolidated Pmt | Due To/From D&N Beauty Schools Inc | Checking | 1,153.50 |
| 03/19/2026 | Deposit | State of California | Fiscal Consolidated Pmt | Due To/From D&N Beauty Schools Inc | Checking | 1,236.75 |
| 03/19/2026 | Deposit | State of California | Fiscal Consolidated Pmt | Due To/From D&N Beauty Schools Inc | Checking | 1,023.00 |
| 03/19/2026 | Deposit | State of California | Fiscal Consolidated Pmt | Due To/From D&N Beauty Schools Inc | Checking | 1,950.00 |
| 03/20/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 58.00 |
| 03/23/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 48.00 |
| 03/25/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 10.00 |
| 03/26/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 7.00 |
| 03/27/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 20.00 |
| 03/30/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 67.00 |
| 04/01/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 25.00 |
| 04/02/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 45.00 |
| 04/03/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 179.00 |
| 04/06/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 55.00 |
| 04/07/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/08/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 510.00 |
| 04/13/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 1,980.15 |
| 04/13/2026 | Deposit | D&N Beauty Schools Inc | paychecks | Due To/From D&N Beauty Schools Inc | Checking | 4,000.00 |
| 04/14/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 30.00 |
| 04/15/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 15.00 |
| 04/15/2026 | Deposit | State of California | DOR | Due To/From D&N Beauty Schools Inc | Checking | 843.00 |
| 04/15/2026 | Deposit | State of California | DOR | Due To/From D&N Beauty Schools Inc | Checking | 787.50 |
| 04/15/2026 | Deposit | State of California | DOR | Due To/From D&N Beauty Schools Inc | Checking | 616.63 |
| 04/15/2026 | Deposit | State of California | DOR | Due To/From D&N Beauty Schools Inc | Checking | 1,226.25 |
| 04/15/2026 | Deposit | State of California | DOR | Due To/From D&N Beauty Schools Inc | Checking | 598.50 |
| 04/16/2026 | Deposit | | DOR | Due To/From D&N Beauty Schools Inc | Checking | 1,213.50 |
| 04/16/2026 | Deposit | | DOR | Due To/From D&N Beauty Schools Inc | Checking | 1,389.00 |
| 04/17/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 50.00 |
| 04/20/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 25.00 |
| 04/21/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 25.00 |
| 04/22/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 10.00 |
| 04/23/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 30.00 |
| 04/24/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 32.00 |
| 04/28/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 90.00 |
| 04/29/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 54.00 |
| 04/30/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 10.00 |
| 05/01/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 20.00 |
| 05/04/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 37.00 |
| 05/05/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 90.00 |
| 05/06/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 10.00 |
| 05/07/2026 | Deposit | D&N Beauty Schools Inc | for payroll | Due To/From D&N Beauty Schools Inc | Checking | 4,000.00 |
| 05/08/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 55.00 |
| 05/11/2026 | Deposit | D&N Beauty Schools Inc | MOBILE CHECK DEPOSIT - 5/11/26 ck#11432 | Due To/From D&N Beauty Schools Inc | Checking | 1,850.00 |
| 05/12/2026 | Deposit | D&N Beauty Schools Inc | MOBILE CHECK DEPOSIT - ck#11433 5/12/26 - Payroll 05/04-08 | Due To/From D&N Beauty Schools Inc | Checking | 6,432.75 |
| 05/13/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 39.00 |
| 05/14/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 10.00 |
| 05/15/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 30.00 |
| 05/15/2026 | Deposit | Todd A Goad | Tuition - Jezel Garin 2265 | Due To/From D&N Beauty Schools Inc | Checking | 1,500.00 |
| 05/18/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 32.00 |
| 05/19/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 40.00 |
| 05/20/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 35.00 |
| 05/21/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 80.00 |
| 05/22/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 10.00 |
| 05/22/2026 | Deposit | Career Team LLC | Rome Lapier - Barbering Tuition | Due To/From D&N Beauty Schools Inc | Checking | 10,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/26/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 2,095.00 |
| 05/26/2026 | Deposit | Modern Beauty Academy-Federal Funds | Noemy A Palma - Federal Direct Loan - Unsubsidized Stafford | Due To/From D&N Beauty Schools Inc | Checking | 110.00 |
| 05/26/2026 | Deposit | Modern Beauty Academy-Federal Funds | Noemy A Palma - Federal Direct Loan - Subsidized Stafford | Due To/From D&N Beauty Schools Inc | Checking | 248.00 |
| 05/26/2026 | Deposit | Modern Beauty Academy-Federal Funds | Karla Vicente - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 822.00 |
| 05/26/2026 | Deposit | Modern Beauty Academy-Federal Funds | Megan E Sullivan - Federal Direct Loan - Unsubsidized Stafford | Due To/From D&N Beauty Schools Inc | Checking | 2,969.00 |
| 05/26/2026 | Deposit | Modern Beauty Academy-Federal Funds | Graciela Reyes - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 3,697.00 |
| 05/26/2026 | Deposit | Modern Beauty Academy-Federal Funds | Megan E Sullivan - Federal Direct Loan - Subsidized Stafford | Due To/From D&N Beauty Schools Inc | Checking | 1,732.00 |
| 05/26/2026 | Deposit | Modern Beauty Academy-Federal Funds | Graciela Reyes - Federal Supplemental Educational Opportunity Grant | Due To/From D&N Beauty Schools Inc | Checking | 168.75 |
| 05/26/2026 | Deposit | Modern Beauty Academy-Federal Funds | Noemy A Palma - Federal Direct Loan - Unsubsidized Stafford | Due To/From D&N Beauty Schools Inc | Checking | 110.00 |
| 05/26/2026 | Deposit | Modern Beauty Academy-Federal Funds | Noemy A Palma - Federal Direct Loan - Subsidized Stafford | Due To/From D&N Beauty Schools Inc | Checking | 248.00 |
| 05/26/2026 | Deposit | State Compensation Insurance Fund | Tuition | Due To/From D&N Beauty Schools Inc | Checking | 6,000.00 |
| 05/27/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 65.55 |
| 05/28/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 60.00 |
| 05/29/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 22.00 |
| 06/02/2026 | Deposit | | Tuition | Due To/From D&N Beauty Schools Inc | Checking | 2,000.00 |
| 06/03/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 5,140.00 |
| 06/04/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 70.00 |
| 06/08/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 80.00 |
| 06/08/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 35.00 |
| 06/09/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 30.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Araceli C Rodriguez - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 248.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Matthew D Soto - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 165.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Matthew D Soto - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 248.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Ricardo Vargas - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 3,698.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Araceli C Rodriguez - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 165.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Araceli C Rodriguez - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 822.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Andrea Rios - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 3,698.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Farshad M Mohsenian - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 252.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Farshad M Mohsenian - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 432.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Angie Ceja Zarate - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 3,698.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Farshad M Mohsenian - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 2,387.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Hector A Alvarez - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 3,697.00 |
| 06/09/2026 | Deposit | Modern Beauty Academy-Federal Funds | Valentino G Avila - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 3,698.00 |
| 06/10/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 120.00 |
| 06/11/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 942.00 |
| 06/12/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 52.00 |
| 06/12/2026 | Deposit | | Karina Lopez - Manicuring/Nail Care Tuition | Due To/From D&N Beauty Schools Inc | Checking | 8,440.00 |
| 06/15/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 99.00 |
| 06/17/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 90.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/18/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 57.00 |
| 06/23/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 24.00 |
| 06/24/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 15.00 |
| 06/25/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 95.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Noe Aguilera - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 3,698.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Richard A Archuleta - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 1,732.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Richard A Archuleta - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 2,969.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Richard A Archuleta - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 3,697.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Destyni L Chiang - Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 822.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Araceli C Rodriguez - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 248.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Araceli C Rodriguez - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 165.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Ricardo Vargas - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 1,732.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Ricardo Vargas - Federal Direct Loan | Due To/From D&N Beauty Schools Inc | Checking | 2,969.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Curtis L McLaurin - Federal Direct Loan - Unsubsidized Staffordq | Due To/From D&N Beauty Schools Inc | Checking | 165.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Curtis L McLaurin - Federal Direct Loan - Subsidized Stafford | Due To/From D&N Beauty Schools Inc | Checking | 248.00 |
| 06/25/2026 | Deposit | Modern Beauty Academy-Federal Funds | Curtis L McLaurin - Federal Pell Grant | Due To/From D&N Beauty Schools Inc | Checking | 822.00 |
| 06/26/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 52.00 |
| 06/29/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 97.00 |
| 06/29/2026 | Deposit | State of California | Fiscal Consolidated Payment | Due To/From D&N Beauty Schools Inc | Checking | 888.80 |
| 06/29/2026 | Deposit | State of California | Fiscal Consolidated Payment | Due To/From D&N Beauty Schools Inc | Checking | 2,222.10 |
| 06/29/2026 | Deposit | State of California | Fiscal Consolidated Payment | Due To/From D&N Beauty Schools Inc | Checking | 616.63 |
| 06/29/2026 | Deposit | State of California | Fiscal Consolidated Payment | Due To/From D&N Beauty Schools Inc | Checking | 725.54 |
| 06/29/2026 | Deposit | State of California | Fiscal Consolidated Payment | Due To/From D&N Beauty Schools Inc | Checking | 2,695.56 |
| 06/29/2026 | Deposit | State of California | Fiscal Consolidated Payment | Due To/From D&N Beauty Schools Inc | Checking | 2,271.00 |
| 06/30/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 92.00 |
| 07/01/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 67.00 |
| 07/03/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 112.00 |
| 07/03/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXPSETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 65.00 |
| 07/07/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 27.00 |
| 07/08/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 69.00 |
| 07/16/2026 | Deposit | Victor M Garcia | tuition | Due To/From D&N Beauty Schools Inc | Checking | 13,765.00 |
| 07/22/2026 | Deposit | State of California | DOR - Fiscal Consolidated Pay | Due To/From D&N Beauty Schools Inc | Checking | 3,300.30 |
| 07/22/2026 | Deposit | State of California | DOR | Due To/From D&N Beauty Schools Inc | Checking | 1,123.50 |
| 07/22/2026 | Deposit | State of California | DOR | Due To/From D&N Beauty Schools Inc | Checking | 972.88 |
| 07/22/2026 | Deposit | State of California | DOR | Due To/From D&N Beauty Schools Inc | Checking | 469.25 |
| 08/06/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 160.00 |
| 08/07/2026 | Deposit | Merchant Services | MERCHANT SVCS IPSMXASETL 403903000432356 | Due To/From D&N Beauty Schools Inc | Checking | 72.00 |
| 08/11/2026 | Deposit | State of California | MOBILE CHECK DEPOSIT - fiscal consolidated pay - DOR | Due To/From D&N Beauty Schools Inc | Checking | 5,175.30 |
| 08/17/2026 | Deposit | Scholarship Foundation of Santa Barbara | LYNDA VARGAS | Due To/From D&N Beauty Schools Inc | Checking | 4,250.00 |

| | |
|---|---|
| **Total** | **$211,595.35** |

**Fill in this information to identify the case:**

Debtor name D & N Beauty Schools, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) 26-11252

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* A/B
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/25/2026 X [signature]
Signature of individual signing on behalf of debtor

Michael Hooper
Printed name

Trustee, Linda Davis Revocable Trust
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy