# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Reliable Company, 1007 N. Orange Street, Suite 110, Wilmington, Delaware 19801.**

A true and correct copy of the foregoing document entitled **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Alan M. Kindred** – akindred@leechtishman.com, alankindred@hotmail.com, dbender@leechtishman.com
- **Jeremy W. Faith (TR)** – Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com, leedowding@gmail.com
- **United States Trustee (ND)** - ustpregion16.nd.ecf@usdoj.gov
- **Megahann A. Triplett** – meghann@marguliesFaithlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **September 25, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- *See* Creditors' Matrix attached

X Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 25, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**Via U.S. Mail:**
The Honorable Ronald A. Clifford, III
U.S. Bankruptcy Court for the
Central District of California
1415 State Street, Suite 233
Courtroom 201
Santa Barbara, CA 93101-2511

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Sept. 25, 2026 | Laurie A. Heggan | *Laurie A. Heggan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Adrian Garcia
1540 E First Street
Oxnard, CA 93030

Aileen P Lucio
246 S Juanita Ave
Oxnard, CA 93030

Alexis B Ayala
5241 Squires Drive
Oxnard, CA 93033

Alexis E Infante
6937 Solano Verde Drive
Somis, CA 93066

Alexis Leyva
1909 Pelican Avenue
Ventura, CA 93003

Ana Magana
710 W Harvard #42
Santa Paula, CA 93060

Anahi Caberea
1800 Gina Drive
Oxnard, CA 93030

Andrea Rios
1158 South K Street
Oxnard, CA 93030

Angel A Duran
2430 Blueberry Drive
Oxnard, CA 93036

Angelica Castillo Garcia
4831 Refsing Place
Oxnard, CA 93035

Angie Ceja Zarate
4520 San Simeon Drive
Oxnard, CA 93033

Antionette C Venegas
1520 Visalia Street
Oxnard, CA 93035

Arabella Echeverria
153 E Elm Street
Oxnard, CA 93033

Aries Castillo Garcia
35663 Lemon Avenue
Oxnard, CA 93033

Armando Ramirez
936 Lighthouse Way
Camarillo, CA 93011

Ashley Regollar
640 Tamarac Street
Oxnard, CA 93033

Bianca Ruiz
1850 Capstan Drive
Oxnard, CA 93035

Board of Barbering and Cosmetology
PO Box 944226
Sacramento, CA 94244-2260

Boyd & Assocs
2191 E Thompson Blvd
Ventura, CA 93001

Brenda Enriquez
257 Glenwood Drive
93030

Bureau for Private Postsecondary Educ
PO Box 980818
Sacramento, CA 95834

California Dept of Tax and Fee Admin
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Candy Cardenas
1011 W 7th Street
Apt 4
Oxnard, CA 93030

Carmen Beltran Lopez
1280 S Saviers Road
Oxnard, CA 93033

Catalina Sierra
571 Winchester Drive
Oxnard, CA 93036

Cecilia Jamie
214 N K Street
Oxnard, CA 93030

Cengage Group
10650 Toebben Drive
Independence, KY 41051

Chelsea J Plascencia
2231 Miramar Walk
Oxnard, CA 93035

Christopher Kauble
609 Paseo Tesoro
Oxnard, CA 93030

Citlalli Pacheco
545 E Kamalia Street
Oxnard, CA 93033

City of Oxnard
214 South C Street
Oxnard, CA 93030

CNA
790 The City Drive S
Ste 210
Orange, CA 92868

Copy Mex Systems Inc
PO Box 24316
Ventura, CA 93002

Crisol C Guerrero
1323 Evita Place
Oxnard, CA 93030

Culligan of Ventura County
1025 S Rose Street
Oxnard, CA 93030

Curtis L McLaurin
234 E 6th Street
Oxnard, CA 93033

Damein Smith
475 Las Palomas Drive
Port Hueneme, CA 93041

Daniel J Pedraza
2411 Jackson Street
Oxnard, CA 93033

Destyni L Chiang
1140 S Oxnard Blvd
Oxnard, CA 93030

EDD
PO Box 826215
MIC 3A
Sacramento, CA 94230-6215

Emma Boyd
6477 Albatross Street
Ventura, CA 93003

Employers Claim Services
PO Box 14791
Lexington, KY 40512-4791

Enviro Master Services
PO Box 950467
Saint Louis, MO 63195-0467

Ernesto S Ortiz
3650 Samuel Ave
Apt 6
Oxnard, CA 93033

Evan Coss
617 W 6th Street
Oxnard, CA 93030

Farshad M Mohsenian
1420 Calle Auroa
Camarillo, CA 93010

Fire Master Department
PO Box 121019
Dallas, TX 75312-1019

Frontier
PO Box 5166
Tampa, FL 33675

Graciela Reyes
201 Cuesta Del Mar
Apt B
Oxnard, CA 93033

Greenberg, Grant & Richards Inc.
5858 Westheimer Road
Suite 500
Houston, TX 77057

Gulotta A Marcie

Heather McFarlane
1624 Regent Street
Camarillo, CA 93010

Hector A Alvarez
2511 Los Feliz Drive
Thousand Oaks, CA 91362

Hector E Hill
1920 Camino Del Sol
Apt 215
Oxnard, CA 93030

IC Group
PO Box 25175
Salt Lake City, UT 84125

Imelda Carisa Fernandez
1555 Cypress Street
Oxnard, CA 93030

Inova Industries
PO Box 24316
Ventura, CA 93002

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isabel G Guzman
1251 North G Street
Oxnard, CA 93030

Israel Monroy
1950 S Sespe St
Apt A
Fillmore, CA 93015

James Boyd
747 Biscayne Avenue
Camarillo, CA 93010

Jason P Leal
2210 Hill Street
Oxnard, CA 93035

Jazz Z Beauty Products
1218 John Reed Ct
Hacienda Heights, CA 91745

Jesus G Escamilla Vigil
PO Box 51
Oak View, CA 93022

Jezel A Garin
1497 Lark Avenue
Ventura, CA 93003

Jonathan E Garcia Avila
1909 Pelican Avenue
Ventura, CA 93003

Jorge Napoles
420 Douglas Ave
Oxnard, CA 93030

Jose R Rivas
220 E Ventura
Apt A
Santa Paula, CA 93060

Justin M Remo
1460 S Victoria Ave
Apt F05
Oxnard, CA 93035

Jynessa Y Barajas
210 Santa Clara St
Apt 105
Fillmore, CA 93015

Kalven C. Harrison
3730 Ketch Ave
Apt 207
Oxnard, CA 93030

Kalven C. Harrison
1422 Mariposa Drive
Santa Paula, CA 93060

Karina L Lopez
720 Nottingham Drive
Oxnard, CA 93030

Karla Vicente
327 W Vince Street
Apt 103
Ventura, CA 93001

Krystal M Stacy
200 S Glenn Drive
Apt 1
Camarillo, CA 93010

Liliana Barrigan
217 E 6th Street
Apt 302
Oxnard, CA 93030

Linda Davis Revocable Trust
10234 Falun Dr
Sun Valley, CA 91352

Lowthorp Richards, LLP
Attn Seth P. Shapiro
300 E Esplanade Drive Suite 850
Oxnard, CA 93036

Lynda Y Vargas
PO Box 75
Santa Barbara, CA 93102

Marcie A Golotta
6311 Upland Road
Camarillo, CA 93012

Maria Alcarez
4800 Webster Drive
Oxnard, CA 93033

Maria D Ojeda-Munoz
580 Hobson Way 87
Oxnard, CA 93030

Maria Rivas
126 Ripley Street
8
Camarillo, CA 93010

Mario Enriquez Contrer
1311 Benton Way
Unit D
Oxnard, CA 93033

Marisol Contreras Cruz
1741 N. Ventura Road
Oxnard, CA 93030

Mark A Jacquez
147 S Juanita Ave
Oxnard, CA 93030

Megan E Sullivan
2950 Jacktar Ave
Oxnard, CA 93035

Meliton Fabian Juarez
5311 Columbus Place
Oxnard, CA 93033

Mendoza Salazar
1111 Devonshire
Oxnard, CA 93030

Michael Valdivia
1155 Carlsbad Place
Ventura, CA 93003

Mireya Avalos
257 Glenwood Drive
Oxnard, CA 93030

Miriam J Falcon Perez
423 Jerry Drive
Port Hueneme, CA 93041

Monica Rios
1158 South K Street
Oxnard, CA 93033

Monserrath A Elenes
2715 South N Street
Oxnard, CA 93033

Nancy's Beauty Warehouse
5901 Maywood Avenue
Huntington Park, CA 90255

Natl Accrediting Comm of Career Arts
3015 Colvin Street
Alexandria, VA 22314

Nestor Martin
1881 Colonia Place
Camarillo, CA 93010

Noe Aguilera
602 Kohala Street
Oxnard, CA 93030

Office of Student Assistance and Relief
PO Box 980818
West Sacramento, CA 95798-0818

Owl Fixit IT Services
1950 S Sespe Road
Fillmore, CA 93015

Preciosa Ramos
1240 Hibiscus Street
Oxnard, CA 93036

Quill LLC
300 Tri State International Drive
Suite 300
Lincolnshire, IL 60069

R Gonzalez Management Inc.
3560 S La Cienega Blvd
Suite G
Los Angeles, CA 90016

Reyna Perez
126 S Garfield
Oxnard, CA 93030

Ricardo Vargas
233 E Rose Street
Oxnard, CA 93033

Richard A Archuleta
551 Camino Tierra Santa 157
Camarillo, CA 93010

Robert R Reynoso
1536 Norton Street
Oxnard, CA 93033

Robert Warner
c/o NOW Realty
303 N. Glenoaks Blvd Suite 200
Burbank, CA 91502

Rome Lapier
234 East 6th Street
Oxnard, CA 93030

Silvia J Ramos
4610 Phoenix Drive
Oxnard, CA 93033

SoCal Gas
PO Box C
Monterey Park, CA 91756-5111

Sonia Lujano
237 Regis Avenue
Ventura, CA 93003

Southern California Edison
PO Box 6400
Rosemead, CA 91771-0002

Spectrum
4145 S Falkenburg Road
Riverview, FL 33578-8652

Thalia G Messina
2110 Patricia Street
Oxnard, CA 93036

Trinidad P Rodriguezsalinas
1012 Mill Place
Santa Paula, CA 93060

Ultimate Beauty Companies
5901 Maywood Aveneu
Huntington Park, CA 90255

United States Department of Education
Office of General Counsel
400 Maryland Ave SW Room 6E353
Washington, DC 20202

Valentino G Avila
1203 Nilgai Place
Ventura, CA 93003

Vanessa Gomez
120 S Harrison Ave
Oxnard, CA 93030

Victor Ojeda
1150 S Oxnard Blvd
A6 201
Oxnard, CA 93030

Victoria Garcia
220 Lions Gate Drive
Oxnard, CA 93030

Vidal Lozano
275 West 7th Street
Oxnard, CA 93030

Wanda Cortez
PO Box 2054
Port Hueneme, CA 93044

Wendy J Mejia Cordoba
3 Atmore Road
Fillmore, CA 93015

Wendy Thompson
246 E. Lewis Street
Ventura, CA 93001

Yaritza Torres
222 E Eighth Street
Santa Paula, CA 93060

Yvette Alvarez
428 Marquita Street
Oxnard, CA 93030

Yvonne Baca
460 E Yucca Street
Oxnard, CA 93033